

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00047-CV

_____

LARRY C. HILBIG, Appellant

V.

JAMES W. VOLBERDING, RECEIVER, FOR LISA FREEMAN AND ESTATE OF J.E.
FREEMAN, Appellee

On Appeal from the 76th District Court
Titus County, Texas
Trial Court No. 40524

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the judgment from which the appeal was taken. Under the authority of Rule 42.1(a) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted: February 18, 2020
Date Decided: February 19, 2020